Jeremy W. Faith
16030 Ventura Blvd., Suite 470
Encino, CA 91436
Tel: (818) 705-2777

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>JAYMI MANTZ<br><br>Debtor(s). | Case No. 18-11122-DS<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>[No Hearing Required] |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

    Jeremy W. Faith, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: October 2, 2018                              /s/ Jeremy W. Faith
                                                  Jeremy W. Faith, Chapter 7 Trustee